

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of A.S., a Child

No. 06-19-00003-CV

Appeal from the 62nd District Court of Delta County, Texas (Tr. Ct. No. 11100). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED MARCH 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk